THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY RANKIN, Appellant, against HERMAN J. RUTHAZER, as Warden of City Prison of City of New York, Borough of Manhattan, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [198 Misc. 276.] [See post, p. 824.]

ARCHDUKE FRANZ JOSEF, Appellant, v. PRINCESS ILEANA OF ROMANIA, Respondent, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

GENERAL ELECTRIC COMPANY, Appellant, v. SAMUEL HIRCHHORN et al., Copartners Doing Business as CITY HALL HARDWARE Co., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn and McCurn, JJ.

JOHN J. NOLAN et al., Respondents, v. NEW YORK CITY HOUSING AUTHORITY, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. The complaint is construed as sufficient to allege. claim of plaintiffs that by adoption or operation of law the agreement in question fixed the rights of plaintiffs and the obligation of the New York City Housing Authority. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ. [See post, p. 905.]

AMERICAN CAPITAL CORPORATION, as Assignee of HAROLD C. BURGER, Trustee in Bankruptcy of MAX STARK, Doing Business as AUTOMATIC MACHINE & TOOL Co., Respondent, v. "ALBERT" F. CASTELLO, Defendant, and HAROLD D. McCREEDY, Doing Business as CASTELLOS, Appellant.— Order unanimously reversed, without costs, and the motion to vacate, cancel and set aside the judgment entered against defendant by default and for leave to defendant to serve a proposed verified answer to the complaint is granted upon condition, however, that defendant file a surety company bond in the amount of the vacated judgment to stand as security for any judgment that may be obtained by plaintiff. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

ROSE SOREN et al., Plaintiffs, v. NORTH AMERICAN ELECTRIC LAMP COMPANY, Appelant; OTTI BECK, Respondent, et al., Defendants.— Order unanimously. affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.

PAUL F. NEGY, Respondent, v. CHILE EXPLORATION COMPANY, Appellant.— The unusual and special circumstances herein disclosed justify the examination in this case. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Van Voorhis and McCurn, JJ.